a brief as *amici curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would grant certiorari.

No. 73–707. SCHOOL BOARD OF THE CITY OF DAN-VILLE, VIRGINIA, ET AL. *v.* MEDLEY ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari.

No. 72–1541. SCHOOL DISTRICT OF THE CITY OF FERN-DALE, MICHIGAN *v.* DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE, *ante,* p. 824;

No. 73–336. CATOOR ET AL. *v.* BLAIR ET AL., *ante,* p. 990;

No. 73–474. SMITH *v.* ROBINSON, WARDEN, ET AL., *ante,* p. 1066;

No. 73–5191. FANNING ET AL. *v.* UNITED STATES, *ante,* p. 1006;

No. 73–5248. PALMER *v.* UNITED STATES, *ante,* p. 1008;

No. 73–5278. MASELLI *v.* UNITED STATES, *ante,* p. 1070;

No. 73–5468. COOPER *v.* TEXAS BOARD OF MEDICAL EXAMINERS, *ante,* p. 1072;

No. 73–5576. CASPERSON *v.* PENNSYLVANIA, *ante,* p. 1074; and

No. 73–5614. TARLTON *v.* TEXAS, *ante,* p. 1096. Petitions for rehearing denied.

No. 73–5236. BARGAR *v.* OHIO CIVIL RIGHTS COMMISSION ET AL., *ante,* p. 978; and

No. 73–5358. FONTANA *v.* STATE ROADS COMMISSION OF MARYLAND ET AL., *ante,* p. 1027. Motions for leave to file petitions for rehearing denied.